## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MIGUEL CARDONA GARCIA,**<br>**Petitioner,**<br><br>**v.**<br><br>**J.L. JAMISON, BRIAN MCSHANE,**<br>**MARKWAYNE MULLIN, TODD**<br>**BLANCHE,**<br>**Respondents.** | **CIVIL ACTION**<br><br><br><br>**NO.  26-5115** |

## O R D E R

**AND NOW**, this 24th day of July, 2026, upon consideration of the Petition for Writ of Habeas Corpus (ECF No. 1 (the "Petition")), it is hereby **ORDERED** as follows:

1.  Petitioner shall file a certificate of service verifying that the Petition has been served on Respondents.

2.  Respondents shall **NOT TRANSFER** Petitioner from the Eastern District of Pennsylvania without further order of the Court.

3.  Respondents shall file and serve a response on or before **July 28, 2026**.

BY THE COURT:

**/s/ Hon. Kelley B. Hodge**

---

**HODGE, KELLEY B., J.**